**ALDERWOODS (PENNSYLVANIA), INC., a Wholly Owned Subsidiary of Service Corporation International, t/a Burton L. Hirsch Funeral Home, Petitioner**

v.

**PENNSYLVANIA PUBLIC UTILITY COMMISSION, The Honorable Gladys M. Brown, Chairman, The Honorable Andrew G. Place, Vice Chairman, The Honorable John F. Coleman, Jr., Commissioner, The Honorable Robert F. Powelson, Commissioner, The Honorable David W. Sweet, Commissioner, and Duquesne Light Company, Respondents**

No. 231 WAL 2017

Supreme Court of Pennsylvania.

September 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.** The "Application for Expedited Order Granting an Injunction During the Pendency of an Appeal" is **DENIED** as moot.